588 S.E.2d 598

Wannelle HEDGEPATH, Andrew Hedgepath, and Kristin Hedgepath, Plaintiffs,

v.

AMERICAN TELEPHONE AND TELEGRAPH COMPANY, a corporation, AT & T Nassau Metals Corporation, Gaston Copper Recycling Corporation, and Southwire Company, Defendants.

Karen Mack as Personal Representative of the Estate of Toby L. Sharpe, Sr., Petitioner,

v.

American Telephone and Telegraph Company, a corporation, AT & T Nassau Metals Corporation, Gaston Copper Recycling Corporation, and Southwire Company,

Of whom Gaston Copper Recycling Corporation, and Southwire Company, Are, Respondents,

Maggie Banyard, et al., Plaintiffs,

v.

American Telephone and Telegraph Company, a corporation, AT & T Nassau Metals Corporation, Gaston Copper Recycling Corporation, and Southwire Company, Defendants.

No. 25739.

Supreme Court of South Carolina.

Heard Oct. 9, 2003.

Decided Oct. 27, 2003.

Raymon E. Lark, Jr., of Austin, Lewis & Rogers, of Columbia, for petitioner.

Mark S. Barrow and William R. Calhoun, Jr., both of Sweeny, Wingate & Barrow, of Columbia, for respondents.

PER CURIAM:

We granted certiorari to review the Court of Appeals' opinion in *Hedgepath v. AT & T,* 348 S.C. 340, 559 S.E.2d 327 (Ct.App.2001). After careful consideration, we dismiss certiorari as improvidently granted.

**DISMISSED.**

MOORE, Acting C.J., WALLER, BURNETT, PLEICONES, JJ., and Acting Justice L. CASEY MANNING, concur.